IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROUNCHE S. GREEN, | 1:12-cv-00679-SKO (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO EITHER FILE SIGNED APPLICATION OR PAY FILING FEE WITHIN 45 DAYS |
| vs. | |
| CONNIE GIBSON, et al., | |
| Defendants. | (Doc. 2) |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 30, 2012.  Plaintiff filed a handwritten motion seeking leave to proceed in forma pauperis, but his application lacked the requisite authorization for the deduction of the filing fee from Plaintiff's trust account as funds are available and Plaintiff failed to sign the application.  28 U.S.C. § 1915; Fed. R. Civ. P. 11(a); Local Rule 131.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application is stricken from the record for lack of signature;
2. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action;
3. **No extension of time will be granted without a showing of good cause**; and

///

    4.    **The failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

**Dated:   May 8, 2012**               /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE